UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KHALID O. RAHMAN,

    Plaintiff,

    v.

PIERCE COUNTY, *et al.*,

    Defendants.

Case No. C06-5262 RBL/KLS

ORDER RE: AMENDED COMPLAINT

    This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  On May 24, 2006, plaintiff was ordered to amend his complaint to correct certain pleading deficiencies.  Plaintiff has done so and may now effect service of his amended complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure  Plaintiff may obtain service forms from the Clerk's Office.

    DATED this  3rd  day of July, 2006.

                                Karen L. Strombom
                                United States Magistrate Judge

ORDER