06-CV-05262-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KHALID O. RAHMAN,

    Plaintiff,

v.

PIERCE COUNTY, *et al.*,

    Defendants.

Case No. C06-5262 RBL/KLS

ORDER RE: SERVICE OF AMENDED COMPLAINT

This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. On July 5, 2006, Plaintiff was directed by the Court to obtain service forms from the Clerk's office and to proceed with effecting service of his Amended Complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure. (Dkt. # 7). It has come to the Court's attention that rather than completing service according to the Rules, Plaintiff delivered the service packages to the Clerk's office, where they were placed in Plaintiff's file.

Plaintiff is advised that, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, it is his obligation to serve copies of the Summons and Amended Complaint upon each of the named defendants within 120 days after the filing of the Amended Complaint. Unless the Plaintiff can show good cause for his failure to serve, the Court shall dismiss the action without prejudice as to each defendant not served or shall extend the time for service. Fed.R.Civ.P. 4(m).

Due to Plaintiff's obvious misunderstanding of the service rules and delay caused by the filing of the service packages, the Clerk of the Court is directed to return the service packages to

ORDER - 1

1   Plaintiff so that he may complete service on each of the named Defendants. Additionally, Plaintiff's
2   time for service under Rule 4(m) shall be extended **an additional 120 days from the date of this**
3   **Order.**

5   DATED this 7th day of December, 2006.

                                            Karen L. Strombom
                                            United States Magistrate Judge

28  ORDER - 2