UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KHALID O. RAHMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PIERCE COUNTY, *et al.*,<br><br>　　　　Defendants. | Case No. C06-5262 RBL/KLS<br><br>ORDER DENYING REQUEST FOR RULE 26(f) HEARING |

　　This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Before the Court is Plaintiff's motion for a Rule 26(f) hearing. Pursuant to Rule 26(f), parties must confer to develop a discovery plan *except* for those parties exempted from initial disclosures under Rule 26(a)(1)(E). Pursuant to Rule 26(a)(1)(E)(iii), an action brought without counsel by a person in custody is one such category exempted from disclosure and thus, exempted from Rule 26(f)'s obligation of a discovery conference.

　　Now that some of the Defendants have filed their Answer to Plaintiff's Complaint in this case, the Court finds that issuance of a pretrial scheduling order is appropriate. The order will address the conduct of discovery and the filing of dispositive motions and joint status report.

ORDER - 1

1     Accordingly, Plaintiff's motion for a Rule 26(f) hearing (Dkt. # 10) shall be **DENIED**. A pretrial schedule order shall issue separately.

DATED this  5th  day of April, 2007.

                                                  Karen L. Strombom
                                                  United States Magistrate Judge

ORDER - 2