UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KHALID O. RAHMAN,

    Plaintiff,

v.

PIERCE COUNTY, *et al.*,

    Defendants.

Case No. C06-5262 RBL/KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   The motions for summary judgment of Defendants Stephen E. Friedrick, M.D. and C.Z. Andersen, M.D. (Dkt. # 41 and 43) (Dkt. # 42) are **GRANTED**;

(3)   Plaintiff's claims against Defendants Stephen E. Friedrick, M.D. and C.Z. Andersen, M.D. are **DISMISSED WITH PREJUDICE**; and

(3)   The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 14th day of September, 2007.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1