1

2

3

4          UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
5                    AT TACOMA

6    KHALID O. RAHMAN,

7              Plaintiff,                          Case No. C06-5262 BHS/KLS

8         v.                                       ORDER ADOPTING REPORT AND
                                                   RECOMMENDATION
9    PIERCE COUNTY, *et al.*,

10             Defendants.

11        The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L.

12   Strombom, objections to the Report and Recommendation, if any, and the remaining record, does

13   hereby find and ORDER:

14        (1)    The Court adopts the Report and Recommendation;

15        (2)    The motion to dismiss and for summary judgment of Defendants State of
16               Washington, Harold Clarke, D. Ang, A. Wedvic, T. Panek, M. Bollinger and Allen
                 Hayter (Dkt. # 47) is **GRANTED**;

17        (3)    Plaintiff's claims against Defendants State of Washington, Harold Clarke, D. Ang,
18               A. Wedvic, T. Panek, M. Bollinger and Allen Hayter are **DISMISSED WITHOUT
                 PREJUDICE**; and

19        (4)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants
20               and to the Hon. Karen L. Strombom.

21        DATED this 13th day of March,  2008.

22

23                                                 _____
24                                                 BENJAMIN H. SETTLE
                                                   United States District Judge
25

26   ORDER