# United States District Court

WESTERN DISTRICT OF WASHINGTON

KHALID O. RAHMAN

        v.

PIERCE COUNTY, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5262BHS/KLS

    ☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's claims are **DISMISSED without prejudice** for failure to prosecute pursuant to Local Rule CR 41(b)(2).

| | |
|---|---|
| May 30, 2008 | BRUCE RIFKIN |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |